**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA L. McNALLY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ETHAN ALLEN RETAIL INC., ET AL.,<br><br>　　　　Defendants.<br>_____/ | No. C 12-01677 JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REFERRING MATTER TO MEDIATION** |

　　The Court HEREBY refers this matter for court-sponsored mediation to commence at the earliest possible convenience. The Court further CONTINUES the case management conference from September 14, 2012 to November 2, 2012 at 1:30 p.m.

　　**IT IS SO ORDERED.**

Dated: August 6, 2012

　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE