1  BETSY JOHNSON CA Bar No. 119847
   betsy.johnson@ogletreedeakins.com
2  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   400 South Hope Street, Suite 1200
3  Los Angeles, CA  90071
   Telephone:    213.239.9800
4  Facsimile:    213.239.9045

5  BECKI D. GRAHAM CA Bar No. 238010
   becki.graham@ogletreedeakins.com
6  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
7  One Market Plaza
   San Francisco, CA  94105
8  Telephone:    415.442.4810
   Facsimile:    415.442.4870
9
   Attorneys for Defendants
10 ETHAN ALLEN RETAIL, INC. and
   ETHAN ALLEN GLOBAL, INC.
11
   VIRGINIA R. VILLEGAS, CA Bar No. 179062
12 JENNIFER A. REISCH (*Of Counsel*), CA Bar No. 223671
   TALAMANTES VILLEGAS CARRERA, LLP
13 170 Columbus Avenue, Suite 300
   San Francisco, CA  94133
14 Telephone:    415.989.8000
   Facsimile:    415.989.8028
15
   Attorneys for Plaintiff
16 BARBARA L. MCNALLY

17                    **UNITED STATES DISTRICT COURT**

18                    **NORTHERN DISTRICT OF CALIFORNIA**

19

| | |
|---|---|
| BARBARA L. MCNALLY, | Case No. 3:12-cv-01677-JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| v. | |
| ETHAN ALLEN RETAIL, INC., a Corporation, ETHAN ALLEN GLOBAL, INC., a Corporation, and DOES 1-20, inclusive, | Complaint Filed: February 3, 2012<br>Trial Date:       None |
| Defendants. | |

Case No. 3:12-cv-01677-JSW
STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Joint Notice of Settlement filed on October 25, 2012 (Dkt. 19), Plaintiff BARBARA L. MCNALLY ("Plaintiff") and Defendants ETHAN ALLEN RETAIL, INC. and ETHAN ALLEN GLOBAL, INC. ("Defendants"), through their undersigned attorneys of record, hereby stipulate that all claims in the above-captioned action should be dismissed with prejudice. The parties further stipulate that, except as set forth in the December 21, 2012 Settlement Agreement and General Release between them, the parties shall bear their own costs, expenses, and attorneys' fees.

IT IS SO STIPULATED.

DATED: January 4, 2013

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Becki D. Graham
Betsy Johnson
Becki D. Graham
Attorneys for Defendants
ETHAN ALLEN RETAIL, INC. and
ETHAN ALLEN GLOBAL, INC.

DATED: January 5, 2013

TALAMANTES VILLEGAS CARRERA, LLP

By: /s/ Jennifer A. Reisch
Virginia R. Villegas
Jennifer A. Reisch
Attorneys for Plaintiff
BARBARA L. MCNALLY

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**[PROPOSED] ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: January 9, 2013

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE